B. S. ASBURY, Defendant in Error, v. W. T. LENOIR, Plaintiff in Error.

1. *Practice, civil — Supreme Court — Exceptions — Review.*—Where no exceptions are saved by appellant, this court will not review the cause.

*Error to Fourth District Court.*

WAGNER, Judge, delivered the opinion of the court.

In this case there are no exceptions saved in the record authorizing a review. The defendant merely objected to the action of the court in giving and refusing instructions, but did not except. Nor were any exceptions taken or saved to the ruling of the court in denying the motion for a new trial. Such being the case, there is nothing presented in the record which we can notice.

Judgment affirmed. The other judges concur.